AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00217 |
|---|---|
| v. | ) Assigned to: Judge Faruqui, Zia M |
|  | ) Assign Date: 2/10/2021 |
| Michael Pope, (07/05/1988) | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1512(c)(2)- | Obstructing or Impeding Any Official Proceeding |
| 18 U.S.C. 231(a)(3)- | Civil Disorder |
| 18 U.S.C. 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. 5104(e)(2)(E)- | Impeding Passage Through the Capitol Grounds or Buildings |
| 40 U.S.C. 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Clay Chase, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/10/2021__

2021.02.10
12:56:06 -05'00'

_Judge's signature_

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_