| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1512(c)(2)<br><br>CLASS C FELONY | ONE | Obstructing or Impeding Any Official Proceeding | 20 years max term imprisonment; 3 years max term supervised release; $250,000.00 max fine; $100 Special Assessment |
| 18 U.S.C. § 231(a)(3)<br><br>CLASS D FELONY | TWO | Civil Disorder | 5 years max term imprisonment; max term 3 years supervised release; max fine $250,000.00; $100 Special Assessment |
| 18 U.S.C. § 1752(a)(1)<br><br>CLASS A MISDEMEANOR | THREE | Entering and Remaining in a Restricted Building or Grounds | 1 year max term imprisonment; 1 year max supervised release; $100,000.00 max fine; $100 Special Assessment |
| 18 U.S.C. § 1752(a)(2)<br><br>CLASS A MISDEMEANOR | FOUR | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1 year max term imprisonment; 1 year max supervised release; $100,000.00 max fine; $100 Special Assessment |
| 40 U.S.C. § 5104(e)(2)(D)<br><br>CLASS B MISDEMEANOR | FIVE | Disorderly Conduct in a Capitol Building | 6 months max imprisonment; 1 year max supervised release; $5,000.00 max fine; $100 Special Assessment |
| 40 U.S.C. § 5104(e)(2)(E)<br><br>CLASS B MISDEMEANOR | SIX | Impeding Passage Through the Capitol Grounds or Buildings | 6 months max imprisonment; 1 year max supervised release; $5,000.00 max fine; $100 Special Assessment |
| 40 U.S.C. § 5104(e)(2)(G)<br><br>CLASS B MISDEMEANOR | SEVEN | Parading, Demonstrating, or Picketing in a Capitol Building | 6 months max imprisonment; 1 year max supervised release; $5,000.00 max fine; $100 Special Assessment |