# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Video Initial Appearance on a Rule 5- Complaint
(X) Video Preliminary Exam: Waived

MAGISTRATE JUDGE: Candy W. Dale      DATE: February 12, 2021
DEPUTY CLERK/ESR: Sunny Trumbull      TIME: 4:28 – 4:49 p.m.

### UNITED STATES OF AMERICA vs. MICHAEL POPE
**District of Idaho case #2:21-mj-420-CWD**
**District of Columbia case #1:21-mj-217**

Counsel for: United States (AUSA): Traci Whelan
               Defendant: Michael Palmer, retained counsel
               USPO: Emma Wilkins

(X) Defendant waived personal appearance for today's proceeding.
(X) Defendant appeared in custody on Warrant/Complaint from the District of Columbia.
(X) Court reviewed the Complaint. Defendant waived reading of the Complaint.
(X) Court provided initial appearance advising of all constitutional rights to counsel the charging document and Rule 5 proceedings.
(X) Defendant waived an identity hearing and preliminary examination.
(X) The Government is not seeking detention. The parties agreed on release conditions.
(X) The Court reviewed release conditions.

(X) Court entered Order Setting Conditions of Release.